**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HAROLD HOBBS,                                                      PLAINTIFF
ADC #77219

2:12-cv-00132-KGB-JTK

LARRY MAY, et al.                                               DEFENDANTS

**ORDER**

Summons was returned, unexecuted, with respect to Defendant Denice Strickland on August 30, 2012 (Doc. No. 8). Included with the return is a notation that this individual may be a current or former employee of Corizon, Inc. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Denice Strickland, and the United States Marshal is directed to serve a copy of the summons and Amended Complaint (Doc. No. 4) on Defendant, in care of Humphries and Lewis Law Firm, P.O. Box 20670, White Hall, AR 71612, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 6th day of September, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE