IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HAROLD HOBBS,**                                                                 **PLAINTIFF**
**ADC #77219**

v.                          **2:12-cv-00132-KGB-JTK**

**LARRY MAY, et al.**                                             **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants May, Burl, Ball, Payne, Evans, and Hobbs are DISMISSED from Plaintiff's Complaint, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 10 day of September, 2012.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge