**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HAROLD HOBBS,
ADC #77219                                                                                                   PLAINTIFF

v.                                              2:12CV00132-KGB-JTK

LARRY MAY, et al.                                                                                      DEFENDANTS

## ORDER

Defendants Wendy Kelley, DeAngelo Earl, William Straughn, Steve Outlaw, and Maurice Williams, through their attorney, have answered and supplied their correct names (Doc. No. 17). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 25th day of February, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE