**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

HAROLD HOBBS,
ADC #77219                                                                                          PLAINTIFF

V.                                         2:12CV00132-KGB-JTK

LARRY MAY, et al.                                                                                  DEFENDANTS

### ORDER

Plaintiff shall file a Response to Defendant Strickland's Motion to Compel (Doc. No. 41) within ten days of the date of this Order.  Failure to respond may result in the dismissal without prejudice of Plaintiff's Complaint, for failure to prosecute.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 7th day of March, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE