IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HAROLD HOBBS,
ADC #77219                                                                                    PLAINTIFF

v.                                  2:12-cv-00132-KGB-JTK

LARRY MAY, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 48). After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety.

Accordingly, it is ordered that the motion for judgment on the pleadings filed by defendants William Straughn, Steve Outlaw, Maurice Williams, Deangelo Earl and Wendy Kelley is granted (Dkt. No. 31), and defendants Mr. Straughn, Mr. Outlaw, Mr. Williams, Mr. Earl, and Ms. Kelley are dismissed as defendants from plaintiff's amended complaint.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
Kristine G. Baker
United States District Judge