**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**HAROLD HOBBS,**
**ADC #77219**                                                                 **PLAINTIFF**

**v.**                                     **2:12-cv-00132-KGB-JTK**

**LARRY MAY, et al.**                                                     **DEFENDANTS**

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 61). There have been no objections, and the time for filing objections has passed. After a review of those proposed findings and recommendations, the Court adopts them in their entirety.

Accordingly, it is ordered that the motion for summary judgment filed by defendant Denice Strickland is granted (Dkt. No. 56), and plaintiff's claims against Ms. Strickland are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE