IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HAROLD HOBBS,**
**ADC #77219**                                                                                                      **PLAINTIFF**

**v.**                                   **2:12-cv-00132-KGB-JTK**

**LARRY MAY, et al.**                                                                             **DEFENDANTS**

## JUDGMENT

Pursuant to the Orders entered in this matter on this date, it is considered, ordered and adjudged that this case be, and it is hereby, dismissed as to separate defendants William Straughn, Steve Outlaw, Maurice Williams, Deangelo Earl, and Wendy Kelley and dismissed with prejudice as to separate defendant Denice Strickland. The relief sought is denied.

IT IS SO ORDERED this 3rd day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE